IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA JURIEL | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  22-cv-02438-MAK |
| SHIELDS & SHIELDS | : | |
| Defendant. | : | |

### NOTICE

A settlement conference **via the internet** will be held on **September 8, 2022** at **2:00 p.m.**, before the Honorable Richard A. Lloret, United States Magistrate Judge. Please email all participants' names and emails to sheila_mccurry@paed.uscourts.gov by **August 31, 2022.** The ZOOM log-on information will be emailed prior to the conference.   A status telephone call will be held on **August 31, 2022** at **2:00 p.m.** Plaintiff's counsel will initiate the call to Judge Lloret's law clerk's cell phone once all counsel are on the line. Judge Lloret's law clerk's cell phone was provided via email to counsel.

- Plaintiff must make a demand before the settlement conference. Defendant must make an offer before the conference.
- Plaintiff will comply with Fed.R.Civ.P. 26(a)(1)(A)(iii) **at once,** if plaintiff has not already provided a computation of damages that complies with the rule.
- Defendant will comply with Fed.R.Civ.P. 26(a)(1)(A)(iv) **at once**, if defendant has not already provided a full and complete copy of all insurance policies (including policy limits, retention and deductibles) in accordance with the rule.
- Please notify the court by joint telephone conference one week before the conference if settlement is not a real possibility, for example, if the defendant will not make an offer or will offer only nuisance value.
- Counsel is responsible to have clients with **full settlement authority** physically present for the duration of the conference.[1] A call for additional authority to settle ordinarily means that the in-person representative did not have full settlement authority.

Please complete the attached summary and e-mail it to Chambers at sheila_mccurry@paed.uscourts.gov on or before **August 31, 2022**. **If it is NOT emailed by then Judge Lloret may CANCEL the settlement conference.**

                                  */s/ Sheila McCurry*
                                  SHEILA MCCURRY
                                  Courtroom Deputy to the
                                  Honorable Richard A. Lloret
                                  U.S. Magistrate Judge
                                  sheila_mccurry@paed.uscourts.gov

**Date:** August 26, 2022

---

[1] Each entity with an interest in the case (for instance, an insurance company *and* the insured) must have a person with full settlement authority in attendance.

SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____  JURY / NONJURY
                                                   (Circle One)

     TRIAL/POOL DATE:

COUNSEL ATTENDING THE SETTLEMENT CONFERENCE:

     Name: _____

     Address: _____

     Phone: _____

     Client: _____

CLIENT ATTENDING THE SETTLEMENT CONFERENCE:

     <u>Name of the person with full settlement authority who will be present at the settlement conference (include the person's company and position where applicable)</u>:

MOTIONS PENDING:

OTHER RELEVANT MATTERS:

DEMAND AND OFFER:

ATTACH A **ONE PAGE** SYNOPSIS OF THE CASE.

**NOTE: Submission of this form is a certification under Fed.R.Civ.P. 26(g) that counsel has complied with Fed.R.Civ.P. 26(a)(1) regarding initial disclosure of a computation of damages (as to plaintiff) and all insurance policies (as to defendant).**